# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136337

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

TAVARIS MARKEITH BLANKS,
     Defendant-Appellee.

SC: 136337
COA: 255257
Wayne CC: 03-013651-01

_____/

     On order of the Court, the application for leave to appeal the April 22, 2008 judgment and order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

d0828